UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BARRY ALLAN BAUSMAN, | ) CV 13-03094-SH |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| RALPH DIAZ, Warden, | ) |
| Respondent. | ) |

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: July 30, 2013

*/s/ Stephen J. Hillman*

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1